

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00729-CV

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,
Appellant

v.

Veatrice **COOK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21431
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

The appellant's unopposed motion for extension of time to file petition for permission to appeal is hereby GRANTED. Time is extended to November 1, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court